IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID E. HENDERSON | : | CIVIL ACTION |
| v. | : | |
| NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") | : | NO. 08-4645-JF |

**FILED**
JUN - 8 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 8th day of June 2009, upon consideration of Defendant's Motion to Dismiss and the opposition thereto,

IT is hereby ORDERED that the Motion is GRANTED. The Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Fullam,               Sr. J.